

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO CARLOS GIRON-CONTRERAS,<br><br>                                  Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                                  Respondents. | Case No.:  26-cv-3021-RSH-VET<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On May 14, 2026, petitioner Roberto Carlos Giron-Contreras filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner alleges that he is entitled to a bond hearing pursuant to 8 U.S.C. § 1226(a), at which the government bears the burden of proving by clear and convincing evidence that Petitioner is a flight risk or danger to the community. *Id.* at 8-12. On May 20, 2026, Respondents filed a return stating that they do not oppose an order directing a bond hearing, and have not opposed Petitioner's request that the government bear the burden of proof at that hearing. ECF No. 5.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for Petitioner before an immigration court within ***fourteen (14) days*** of this order pursuant to 8 U.S.C. § 1226(a). The government shall bear the burden of proving by clear

and convincing evidence that Petitioner is a flight risk or danger to the community. The Court declines to order Petitioner's immediate release.

**IT IS SO ORDERED**.

Dated: May 21, 2026

_____
Hon. Robert S. Huie
United States District Judge